**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANA CARIDAD GOMEZ TORRES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-1786-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Upon review of the filing and noting no timely objection to the Report and Recommendation [Doc. No. 9] of United States Magistrate Judge Suzanne Mitchell, the Court adopts the Report in its entirety. For the reasons stated therein, Respondents' Motion to Dismiss [Doc. No. 8] is GRANTED and the Petition for Writ of Habeas Corpus is DISMISSED as moot.

IT IS SO ORDERED this 17th day of September, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**